No. 81–1320. KOLENDER, CHIEF OF POLICE OF SAN DIEGO, ET AL. *v.* LAWSON. Appeal from C. A. 9th Cir. Probable jurisdiction noted.

No. 81–1251. CONNICK, DISTRICT ATTORNEY IN AND FOR THE PARISH OF ORLEANS, LOUISIANA *v.* MYERS. C. A. 5th Cir. Certiorari granted.

No. 81–638. HEWITT ET AL. *v.* HELMS. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 81–827. JEFFERSON COUNTY PHARMACEUTICAL ASSN., INC. *v.* ABBOTT LABORATORIES ET AL. C. A. 5th Cir. Certiorari granted. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 80–704. GIBBONS, TRUSTEE, ET AL. *v.* RAILWAY LABOR EXECUTIVES' ASSN. ET AL. C. A. 7th Cir. Certiorari before judgment denied.

No. 80–2036. JOSEPH *v.* CANNON ET AL. C. A. D. C. Cir. Certiorari denied.

No. 80–6902. STEDMAN *v.* MAYNARD, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 81–752. CAREY, GOVERNOR OF NEW YORK, ET AL. *v.* BALDRIGE, SECRETARY OF COMMERCE, ET AL. C. A. 2d Cir. Certiorari denied.